UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ANDROSCHUK, | No. 2:24-cv-01914-EFB (PC) |
| Plaintiff, | |
| v. | ORDER |
| POLAYO, et al., | |
| Defendants. | |

    Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. However, plaintiff has not filed a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Plaintiff is provided the opportunity to submit a certified copy of his inmate trust account statement in support of the application.

    In accordance with the above, IT IS HEREBY ORDERED that:

1. Plaintiff shall submit, within thirty days from the date of this order, a certified copy of the inmate trust account statement for the six-month period immediately preceding the filing of the complaint; and

////

////

1

2. Plaintiff's failure to comply with this order will result in a recommendation that this action be dismissed without prejudice.

Dated: April 28, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE