UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| EDWARD ANDROSCHUK,<br><br>              Plaintiff,<br><br>       v.<br><br>POLAYO, et al.,<br><br>              Defendants. | No. 2:24-cv-01914-EFB (PC)<br><br>ORDER |

Plaintiff, a state prisoner proceeding pro se, filed a civil rights action pursuant to 42 U.S.C. § 1983 together with a request for leave to proceed in forma pauperis pursuant to 28 U.S.C. § 1915. On April 28, 2025, the court ordered plaintiff to provide a certified copy of his institutional trust account statement for the six-month period immediately preceding the filing of the complaint. *See* 28 U.S.C. § 1915(a)(2). Plaintiff seeks an extension of time to respond to the order. ECF No. 7. He states that he has been transferred and is currently without access to his legal property, and he asks the court to order prison officials to provide him with his legal property. *Id.* It is unclear whether the property is currently being withheld from plaintiff temporarily as part of the transfer process.

It is hereby ORDERED that:

1. Plaintiff's May 27, 2025 request for an extension of time is GRANTED, and plaintiff shall submit the certified trust account statement within 60 days of the date of this

1

1  order; and

2. Plaintiff's request for a court order compelling prison officials to provide him with his legal property is denied without prejudice. Should plaintiff continue to be deprived of his legal property, he may again seek court assistance.

Dated: June 9, 2025

EDMUND F. BRENNAN
UNITED STATES MAGISTRATE JUDGE